No error appearing, the judgment will be affirmed.

### HADLEY v. STATE.
No. 25251.

Court of Criminal Appeals of Texas.
March 28, 1951.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

Upon his plea of guilty, appellant was convicted of murder without malice and a jury being waived, the trial court assessed the minimum punishment of two years in the penitentiary.

The record contains no bills of exception and no statement of facts, and the proceedings appear to be regular.

The judgment is affirmed.

Opinion approved by the Court.